1 | Gary J. Gorham (SBN: 171061)
ggorham@richardsonpatel.com
2 | Eric Ashton Puritsky (SBN: 239577)
epuritsky@richardsonpatel.com
3 | RICHARDSON & PATEL, LLP
1100 Glendon Avenue, 8th Floor
4 | Los Angeles, CA 90024
Telephone: (310) 208-1182
5 | Telecopy:  (310) 208-1154

6 | Attorneys for Plaintiff AO VENTURES, LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AO VENTURES, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO GUTIERREZ, JR., an individual; and CEA GLOBAL EDUCATION, a company of unknown origin,<br><br>Defendants. | Case No. 12-cv-4625 JCS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>**(Civil L.R. 6-1(a))** |

**STIPULATION RE EXTENSION OF TIME TO RESPOND**

Pursuant to Local Rule 6-1, Plaintiff AO VENTURES LLC ("AOV") and Defendant CEA GLOBAL EDUCATION ("CEA"), by and through their respective counsel, hereby stipulate and agree that the time for CEA to answer or otherwise respond to the Complaint be extended to and including October 9, 2012.

The filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatory hereto.

Dated: September 24, 2012

Respectfully,

Gary J. Gorham (SBN: 171061)
Eric Ashton Puritsky (SBN: 239577)
RICHARDSON & PATEL, LLP
1100 Glendon Avenue, 8th Floor
Los Angeles, CA 90024
Telephone: 310.208.1182
Facsimile:   310.208.1154

By: _____/s/ Gary J. Gorham_____
    Gary J. Gorham
    Attorneys for Plaintiff
    AO VENTURES LLC

Dated: September 24, 2012

Respectfully,

Heather Buchta
Gregory P. Sitrick
QUARLES & BRADY LLP
One Renaissance Square
Two North Central Ave.
Phoenix, Arizona 85004
Telephone:   602.229.5317
Facsimile:   602.420.5198

Dated: September 25, 2012

Christian G. Stahl
QUARLES & BRADY LLP
300 North LaSalle Street
Suite 4000
Chicago, Illinois 60654
Telephone:   312.715.5220
Facsimile:   602.420.5122

By: _____/s/ Heather Buchta_____
    Heather Buchta
    Attorneys for Defendant
    CEA GLOBAL EDUCATION

*[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]*

-2-

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT        12-CV-4625 JCS

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1100 Glendon Avenue, Suite 850, Los Angeles, California 90024.

On September 24, 2012, I served [ ] the original [x] a true copy of the following document described as **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** in accordance with the *Federal Rules of Civil Procedure* on the interested parties in this action by serving:

Heather L. Buchta
Quarles & Brady LLP
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
P: (602) 229-5228
F: (602) 229-5690
E: heather.buchta@quarles.com

[ x ] **By E-Mail:** By transmitting a true copy of the foregoing document(s) to the e-mail address(es) set forth above.

[ ] **By Mail:** I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

[ ] **By FedEx:** I deposited in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, the foregoing document(s) in a sealed envelope or package designated by the express service carrier, addressed as set forth above, with fees for overnight delivery paid or provided for.

I declare I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on September 24, 2012 at Los Angeles, California.

Marie Lara