Gary J. Gorham (SBN: 171061)
ggorham@richardsonpatel.com
Eric Ashton Puritsky (SBN: 239577)
epuritsky@richardsonpatel.com
RICHARDSON & PATEL, LLP
1100 Glendon Avenue, 8th Floor
Los Angeles, CA 90024
Telephone: (310) 208-1182
Telecopy: (310) 208-1154

Attorneys for Plaintiff AO VENTURES, LLC

David W. Baumgarten (SBN 179574)
baum@yblaw.com
YALE & BAUMGARTEN, LLP
5030 Camino de la Siesta, Suite 308
San Diego, CA 92108
Telephone: (619)220-8790
Facsimile: (619)220-0369

Attorneys for Defendant ARMANDO GUTIERREZ, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AO VENTURES, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> ARMANDO GUTIERREZ, JR., an individual; and CEA GLOBAL EDUCATION, a company of unknown origin, <br><br> Defendants. | CASE NO.: 12-cv-4625 JCS <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> **(Civil L.R. 6-1(a))** |

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (Civil L.R. 6-1(a))**

1

**STIPULATION RE EXTENSION OF TIME TO RESPOND**

Pursuant to Local Rule 6-1, Plaintiff AO VENTURES LLC ("AOV") and Defendant ARMANDO GUTIERREZ, JR. ("GUTIERREZ") by and through their respective counsel, hereby stipulate and agree that the time for GUTIERREZ to respond to the Complaint be extended to and including October 24, 2012.

The filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatory hereto.

DATED: October 5, 2012

Respectfully,
Gary J. Gorham (SBN: 171061)
Eric Ashton Puritsky (SBN: 239577)
RICHARDSON & PATEL, LLP
1100 Glendon Avenue, 8th Floor
Los Angeles, CA 90024
Telephone: 310.208.1182
Facsimile: 310.208.1154

By: */s/ Eric Ashton Puritsky*
Eric Ashton Puritsky, Esq.
Attorneys for Plaintiff
AO VENTURES LLC

DATED: October 5, 2012

Respectfully,
David W. Baumgarten (SBN 179574)
YALE & BAUMGARTEN, LLP
5020 Camino de la Siesta, Suite 308
San Diego, CA 92108
Telephone: (619)220-8790
Facsimile: (619)220-0369

Dated: 10/09/12

*IT IS SO ORDERED*
Judge Joseph C. Spero

*David W. Baumgarten*
David W. Baumgarten, Esq.
Attorneys for Defendant ARMANDO GUTIERREZ, JR.

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (Civil L.R. 6-1(a))**

2