

# RICHARDSON PATEL LLP

Los Angeles • New York • Princeton

November 7, 2012

Hon. Joseph C. Spero
United States District Court
Northern District-San Francisco Courthouse
Courtroom G - 15th Floor
450 Golden Gate Avenue,
San Francisco, CA 94102

      Re:    AO Ventures, LLC v. Armand Gutierrez, Jr., et al.
              USDC-Northern District, Case No.: 12cv4625 JCS

Dear Judge Spero:

    We represent Plaintiff, AO Ventures, LLC in the above-referenced case. Defendant, CEA Global Education filed a Motion to Dismiss Pursuant to FRCP 12(b)(6) (the "Motion") on October 19, 2012 to be heard on November 16, 2012 at 9:30 a.m., in courtroom 15.

    I respectfully request leave of court to appear telephonically for the hearing on the Motion to Dismiss. I live in Los Angeles with my wife who is due to deliver our first child on November 26, 2012 – only ten days from the hearing date. I would like to stay within city limits in case my wife goes into labor earlier than expected.

                                                 Very truly yours,

                                                 Eric Ashton Puritsky

cc:    Heather L. Buchta
       Michael J. Curley
       David W. Baumgarten

IT IS HEREBY ORDERED THAT Mr. Puritsky may appear by phone on December 21, 2012, at 9:30 AM. Mr. Puritsky shall be on phone standby beginning at 9:30 AM and await the Court's call.
Dated: 11/9/12



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

1100 Glendon Avenue, Suite 850  Los Angeles, CA
T  310 208 1182 • F  310 208 1154